## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIANGRIECO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | Case No. 3:20-cv-00817-JEJ |
| SUSQUEHANNA COUNTY, et al., | : | |
| | : | |
| Defendants. | : | (Chief Judge John E. Jones, III) |
| | : | |
| | : | |
| | : | *Electronically Filed* |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Matthew J. Connell, Esquire as counsel on behalf of Defendants, Susquehanna County, Commissioner Elizabeth Arnold and Commissioner Judith Herschel in the matter captioned above.

**MacMain, Connell &
Leinhauser, LLC**

**Date: June 11, 2020**       **By:**   ***/s/ Matthew J. Connell***_____
**Matthew J. Connell, Esquire
Attorney ID No. 80246
433 W. Market Street, Suite 200
West Chester, PA 19382
484-318-7803**
***Attorney for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew J. Connell, Esquire, hereby certify that on this 11th day of June,

2020, the foregoing *Entry of Appearance* was filed electronically and is available

for viewing and downloading from the ECF system of the United States District

Court of the Middle District of Pennsylvania. The following parties were served

via ECF:

Barry H. Dyller, Esquire
88 North Franklin Street
Gettysburg House
Wilkes-Barre, PA 18701
*Attorney for Plaintiff*

**MacMain, Connell &
Leinhauser, LLC**


**By:** **/s/ Matthew J. Connell**
**Matthew J. Connell, Esquire**
**Attorney ID No. 80246**
**433 W. Market Street, Suite 200**
**West Chester, PA 19382**
**484-318-7803**
***Attorney for Defendants***