# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIANGRIECO, | : | 3:20-cv-817 |
| Plaintiff, | : | Hon. John E. Jones III |
| v. | : | |
| SUSQUEHANNA COUNTY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**July 14, 2020**

The Case Management Conference scheduled for July 31, 2020 at 10:15 a.m. is **RESET** for **July 30, 2020 at 11:30 a.m**. The parties shall file their joint case management plan by July 23, 2020.

The call-in instructions are as follow:

Dial-in: 1-888-684-8852

Access Code: 8275348

Security Code: 2222

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania