UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIANGRIECO, | : | |
| Plaintiff | : | CIVIL ACTION - LAW |
| v. | : | |
| SUSQUEHANNA COUNTY, *et al.*, | : | NO. 3:20-CV-817 |
| Defendants | : | |

ENTRY OF APPEARANCE

TO: PETER WELSH, CLERK OF COURT

Please enter the appearance of the undersigned as counsel for Defendant, Susquehanna County, in the above-captioned action.

KREDER BROOKS HAILSTONE LLP

220 Penn Avenue, Suite 200
Scranton, PA 18503
(570) 346-7922

BY: /s/ A. James Hailstone
    A. James Hailstone
    Attorney I.D. #80055
    Attorneys for Defendant,
    Susquehanna County

# CERTIFICATE OF SERVICE

AND NOW, this 16th day of July, 2020, A. James Hailstone, a member of the firm of Kreder Brooks Hailstone LLP, electronically filed the foregoing Entry of Appearance with the Clerk of the United States District Court for the Middle District of Pennsylvania using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail address(es):

| | |
|---|---|
| Barry H. Dyller, Esquire | Matthew J. Connell, Esquire |
| 88 North Franklin Street | MacMain, Connell & Leinhauser |
| Gettysburg House | 433 W. Market Street, Suite 200 |
| Wilkes-Barre, PA 18701 | West Chester, PA. 19382 |
| Attorney for Plaintiff | Attorney for Defendants, |
| | Commissioner Elizabeth Arnold and |
| | Commissioner Judith Herschel |

    /s/A. James Hailstone
A. James Hailstone
Attorney I.D. #80055
Attorneys for Defendant,
Susquehanna County