# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL GIANGRIECO, :
:
       Plaintiff, :
: CIVIL ACTION
v. :
: Case No. 3:20-cv-00817-JEJ
SUSQUEHANNA COUNTY, et al., :
:
       Defendants. : (Chief Judge John E. Jones, III)
:
:
: *Electronically Filed*

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Matthew J. Connell, Esquire as counsel on behalf of Defendant, Susquehanna County only in the matter captioned above.

                                                    **MacMain, Connell & Leinhauser, LLC**

**Date: July 29, 2020**              By:   */s/ Matthew J. Connell*
                                                    **Matthew J. Connell, Esquire**
                                                    **Attorney ID No. 80246**
                                                    **433 W. Market Street, Suite 200**
                                                    **West Chester, PA 19382**
                                                    **484-318-7803**
                                                    *Attorney for Defendants*
                                                    *Commissioner Elizabeth Arnold and*
                                                    *Commissioner Judith Herschel*

## CERTIFICATE OF SERVICE

I, Matthew J. Connell, Esquire, hereby certify that on this 29th day of July, 2020, the foregoing *Withdrawal of Appearance* was filed electronically and is available for viewing and downloading from the ECF system of the United States District Court of the Middle District of Pennsylvania. The following parties were served via ECF:

Barry H. Dyller, Esquire
88 North Franklin Street
Gettysburg House
Wilkes-Barre, PA 18701
*Attorney for Plaintiff*

A. James Hailstone, Esquire
Kreder Brooks Hailstone LLP
220 Penn Avenue
Suite 200
Scranton, PA 18503
*Attorney for Susquehanna County*

**MacMain, Connell & Leinhauser, LLC**

By: **/s/ Matthew J. Connell**
**Matthew J. Connell, Esquire**
**Attorney ID No. 80246**
**433 W. Market Street, Suite 200**
**West Chester, PA 19382**
**484-318-7803**
***Attorney for Defendants Commissioner Elizabeth Arnold and Commissioner Judith Herschel***