# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIANGRIECO | : | 20cv817 |
|    Plaintiff | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| SUSQUEHANNA COUNTY, ET AL | : | |
|    DefendantS | : | |

## ORDER #1
## July 30, 2020

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Counsel participated in a telephonic case management conference with the Court on this date. At the conference certain oral agreements were entered into by counsel in consultation with the Court. The purpose of this Order is to reduce the same to writing and to add certain other provisions for the expedition of the case.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. <u>Trial List</u>. The above case is hereby placed on the September 2021 trial list.

2. <u>Dispositive Motions</u>. All motions to dismiss or for summary judgment shall be accompanied by supporting briefs and shall be filed by May 3, 2021.

3. <u>Discovery</u>. All discovery shall be completed by March 31, 2021. Counsels' attention is specifically called to the different cut-off date for filing dispositive motions set forth in ¶2 above.

4. <u>Expert Reports</u>. – Plaintiffs' reports are due May 31, 2021. Defendants' reports are due May 31, 2021. Supplemental reports due by June 30, 2021.

5. <u>Pre-trial Conference</u>. The final pre-trial conference will be held in Harrisburg, Pennsylvania on August 2, 2021 at a time to be announced.

6. <u>Joinder of Parties</u>. All motions for leave to join a third party shall be filed by January 31, 2021.

7. <u>Amendment of Pleadings</u>. All amendments to the pleadings shall be filed by January 31, 2021.

8. <u>Juries</u>. Juries will be drawn in on September 7, 2021, at 9:30 A.M. for those cases on the list which are to be tried by a jury.

9. <u>Motions in Limine</u>. Written motions in limine should be submitted to the Court, with briefs in support, no later than fourteen (14) calendar days prior to the final pre-trial conference. Responses shall be submitted within seven (7) calendar days of the date that the relevant motion in limine is filed.

10. <u>Case Management Track</u>. The appropriate case management track for this case is the standard track with a trial date goal of not more than fifteen (15) months from the filing of the initial complaint.

11. <u>Modification of Schedule</u>. The provisions of this scheduling order may be modified by the Court sua sponte or on motion timely filed for good cause.

12. <u>Proposed Plan</u>. The case management plan proposed by counsel is approved except insofar as it conflicts with this order.

13. <u>Extension of Time</u>.  In accordance with the plan adopted for this District, requests for extensions of time periods will not be granted except under exceptional circumstances and must comply with Local Rule 7.5.  All requests for extension of the discovery deadline must be made at least thirty (30) calendar days prior to the expiration of the discovery period unless the cause thereof arises during the said 30-day period.

14. <u>Practice Order</u>.  The Clerk shall issue in this case our standard civil practice order which shall be designated Order #2 of this date.

<u>s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court