# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL GIANGRIECO, | : | 3:20-cv-817 |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| SUSQUEHANNA COUNTY, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### October 13, 2020

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant Susquehanna County's Motion to Dismiss (Doc. 21) is **GRANTED**.

2. Defendants Elizabeth Arnold and Judith Herschel's Motion to Dismiss (Doc. 19) is **GRANTED IN PART**. All claims against Defendants Arnold and Herschel are **DISMISSED**, and the Motion for More Definitive Statement is **DENIED AS MOOT**.

3. Plaintiff's complaint (Doc. 1) is **DISMISSED**.

4. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
